**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01448-NYW

KRISTIAN A. CHERRY,

      Plaintiff,

v.

AMSHER COLLECTION SERVICES, INC.,

      Defendant.

---

**UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

      NOW COMES KRISTIAN A. CHERRY ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., bringing this Unopposed Notice of Voluntary Dismissal without Prejudice, and in support thereof states as follows:

      Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant  AMSHER COLLECTION SERVICES, INC., without  prejudice. Each party shall bear its own costs and attorney fees. Plaintiff's counsel has conferred with Defendant's counsel and Defendant is unopposed to the filing of this notice.

Respectfully submitted this 17th day of July 2019.

s/ Nathan C. Volheim
***Nathan C. Volheim***
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x113
Fax: (630) 575-8188
Email: nvolheim@sulaimanlaw.com

Attorney for Kristian A. Cherry

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim